# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-40689
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MANUEL HERRERA REYES, also known as Yuma; RICARDO RAMIREZ VILLA, also known as Rica,

Defendants-Appellants

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 5:11-CR-811-4

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorneys appointed to represent Manuel Herrera Reyes and Ricardo Ramirez Villa have moved for leave to withdraw and have filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez Villa has filed a response. We have reviewed the briefs and the relevant portions of the records reflected

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-40689

therein, as well as Ramirez Villa's response.   We concur with counsel's assessments that the appeals present no nonfrivolous issue for appellate review.   Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel are excused from further responsibilities herein, and the APPEALS ARE DISMISSED.   *See* 5TH CIR. R. 42.2.